11 So.2d 164

**Ethel LEVERETTE v. Stacey LEVERETTE.**

**4 Div. 265.**

Supreme Court of Alabama.

Nov. 5, 1942.

J. L. Giddens, of Troy, for appellant.
Ewell C. Orme, of Troy, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

10 So.2d 56

**Thuracy LOWERY et al. v. F. G. PROPST et al.**

**7 Div. 717.**

Supreme Court of Alabama.

July 20, 1942.

L. B. Rainey, of Gadsden, for appellants.

Julius S. Swann, Dortch, Allen & Dortch, and Goodhue & Lusk, all of Gadsden, for appellees.

PER CURIAM.

Decree of Circuit Court reversed and annulled and decree here rendered dismissing bill of complaint and all proceedings thereunder, per agreement of all parties.

GARDNER, C. J., and THOMAS, FOSTER, and LIVINGSTON, JJ., concur.

11 So.2d 164

**H. S. MILLER v. Laura E. SMOOT.**

**6 Div. 966–A.**

Supreme Court of Alabama.

Nov. 24, 1942.

PER CURIAM.

Appeal dismissed, motion of appellant.

11 So.2d 165

**Ex parte Sydney MORRIS.**

**6 Div. 54.**

Supreme Court of Alabama.

Oct. 29, 1942.

J. T. Johnson, of Oneonta, for petitioner.

PER CURIAM.

Petition dismissed, motion of petitioner.

10 So.2d 56

**S. C. JOHNSON & SON, Inc., v. Mrs. Hettye SNOW.**

**6 Div. 66.**

Supreme Court of Alabama.

Aug. 29, 1942.

London & Yancey, of Birmingham, for appellant.

Taylor, Higgins & Windham, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.